UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSICA RAMIREZ,

    Plaintiff,

v().                                        CASE NO.: 8:10-cv-1819-T-23TGW

FEDERAL BUREAU OF
INVESTIGATIONS, HILLSBOROUGH
COUNTY SHERIFF'S OFFICE, CITY
OF TAMPA, MATTHEW ZALANSKY,
and WILLIAM GERGEL,

    Defendants.
_____/

**ORDER**

Pursuant to the order (Doc. 15) of consolidation, the Clerk is directed to

**ADMINISTRATIVELY CLOSE** the following actions:

        8:10-cv-1820-T-23TBM
        8:10-cv-1821-T-23TBM
        8:10-cv-1822-T-23TBM
        8:10-cv-1827-T-23TBM
        8:10-cv-1828-T-23TBM
        8:10-cv-1829-T-23TBM
        8:10-cv-1830-T-23TBM
        8:10-cv-1845-T-23TBM
        8:10-cv-1846-T-23TBM
        8:10-cv-1847-T-23TBM
        8:10-cv-1848-T-23TBM

ORDERED in Tampa, Florida, on October 1, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE